# United States Bankruptcy Court

Eastern District Of New York
75 Clinton Street
Brooklyn, NY 11201

---

IN RE:
  Joseph C Boccia

SSN/TAX ID:
  xxx–xx–1535

        DEBTOR(s)

CASE NO: 1–99–20094–jf

CHAPTER: 7

---

## NOTICE OF DISCOVERY OF ASSETS

### NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

It appeared from schedules filed when this case was initiated that there were no assets from which dividends could be paid to creditors and this was indicated on the notice of meeting of creditors.

It now appears that the payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
75 Clinton Street
Brooklyn, NY 11201

Claims must be filed on or before August 31, 2005

Creditors who have previously filed a claim in this case need not file again.

Claims which are not filed on or before August 31, 2005 will not be allowed.

Dated: May 31, 2005

                                For the Court, Joseph P. Hurley, Clerk of Court

**BLdas** [Discovery of Assets rev. 07/21/03]